In re RUTHERFORD. (Supreme Court, Appellate Division, Second Department. March

4, 1910.) In the matter of the application of Joseph F. Rutherford for admission to the bar. No opinion. Application granted.